UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PRINCIPAL LIFE INSURANCE
COMPANY,

        Plaintiff,

v.                                              CASE NO. 3:22-cv-109-MCR

DONNA HOWARD, ERIN CREIGHTON
MURPHY, and KATHERINE NICOLE
GREEN,

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Mediation Report (Doc. 32), advising the Court that this case has been completely settled.

Accordingly, it is **ORDERED**:

1. The parties shall have until **February 27, 2023** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **February 27, 2023** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized**

**their settlement by the deadline, they are encouraged to move for an extension of that deadline.**  The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.   Any pending motions and deadlines are terminated, and the April 17, 2023 final pretrial conference and May 1, 2023 trial are vacated.

**DONE AND ORDERED** at Jacksonville, Florida, on December 27, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record