**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**PRINCIPAL LIFE INSURANCE**
**COMPANY,**

                                                         CASE NO.:22-CV-0109-HES-MCR

    **Plaintiff,**

vs.

**DONNA HOWARD, ERIN**
**CREIGHTON MURPHY, and**
**KATHERINE NICOLE GREEN,**

      **Defendants.**                    /

**MOTION FOR DISBURSEMENT OF FUNDS DEPOSITED WITH CLERK**

    Comes the Defendant Donna Howard and moves the Court to direct the Clerk to disburse the funds deposited with the Clerk in this case and states:

    1. This action began as an interpleader filed by Principal Life Insurance Company.

    2. Pursuant to previous order of this Court, Principal Life Insurance has deposited $30,000.00 with the Clerk and been dismissed from the case.

    3. This action involved the dispute over entitlement to the life insurance proceeds, and has now been resolved by a mediated settlement agreement filed with this Court.

    4. Pursuant to the terms of the mediated settlement agreement, Donna Howard is to receive the sum of $20,000.00 and Erin Creighton Murphy and Katherine Nicole Green are to share the remaining $10,000.00.

    5. Defendant Donna Howard moves the Court to disburse the sum of $10,000.00 payable to the trust account of Michael A. Pizzi, Jr, who is the attorney for Defendants Erin Creighton Murphy and Katherine Nicole Green and to distribute $20,000.00 to the trust account of Edward P. Jackson, who is the attorney for Donna Howard.

   */s/ Edward P. Jackson*
EDWARD P. JACKSON
Attorney for Defendant Donna Howard
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648
Edward@edwardpjackson.com

## Local Rule 3.01(g) Certification

The Movant certifies that he has attempted to confer with opposing counsel by email and phone but has not received a reply.

This motion is consistent with the mediated settlement agreement. A proposed joint motion with substantially the same language as this motion was emailed to opposing counsel, but no response was received.

Movant cannot state whether this motion is opposed or not.

## CERTIFICATE OF SERVICE

I CERTIFY that on the 18th day of January, 2023, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants to their regular place of business.

   */s/ Edward P. Jackson*
EDWARD P. JACKSON
Attorney for Defendant
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648
Edward@edwardpjackson.com